ADAM L. STRELTZER, Attorney at Law
  California Bar Number 175075
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Tel: (424) 652-8010
Fax: (424) 652-2296
Email: adam@streltzer.com

Attorneys for Plaintiff RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION

FILED & ENTERED

MAY 30 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchamDEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>ALEX MARTINEZ,<br><br>            Debtor. | Case No. **1:13-bk-17106-MT**<br><br>Chapter 11<br><br>Adv. No. **2:14-ap-01104-WB** |
| RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION,<br><br>            Plaintiff(s),<br><br>v.<br><br>ALEX MARTINEZ, an individual, also known as ALEJANDRO M. MARTINEZ,<br><br>            Defendant(s). | (transferred 2/23/14 previously assigned adv. no. 1:13-ap-01294-MT)<br><br>**JUDGMENT UPON STIPULATION** |

    1.    IT IS HEREBY ORDERED THAT, pursuant to a Stipulation between Defendant ALEX MARTINEZ, an individual, also known as ALEJANDRO M. MARTINEZ (**"Defendant"**) and Plaintiff RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION (**"Plaintiff"**) *(Docket No. 25)*, judgment is

1

entered in favor of Plaintiff and against Defendant as follows: that the judgment entered September 26, 2011, amended *nunc pro tunc* May 14, 2012, by the Superior Court of the State of California, County of Los Angeles, in favor of Plaintiff and against Defendant in the case entitled *Kolodziej v. Mullins et al.*, case no. SC100345 ("**State Court Judgment**"), to the extent of and in the amount of four hundred thousand dollars ($400,000.00), shall be Plaintiff's damages in this adversary proceeding and shall constitute a nondischargeable obligation due and owing from Defendant to Plaintiff pursuant to 11 U.S.C. §§523(a) ("**Judgment**").

2.  This Judgment shall earn simple interest accruing at the maximum rate as provided by law from the date of entry hereon.

3.  Plaintiff shall be entitled to recover its reasonable attorneys' fees and costs incurred with respect to the enforcement of the Judgment and the State Court Judgment.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. Enforcement of the Judgment is stayed, however enforcement shall be stayed only so long as: (i) the automatic stay in this within bankruptcy proceeding (case number 1:13-bk-17106-MT) remains in effect, either generally or solely with respect to the Plaintiff; and (ii) Defendant performs according to the "United States Trustee Operating Guidelines and Reporting Requirements for Chapter 11 Cases" and also in conformity with the terms of any confirmed Chapter 11 Plan entered in this within proceeding (1:13-bk-17106-MT). Otherwise, the stay on enforcement shall automatically expire without any other or further notice to Defendant and Plaintiff may immediately seek to enforce the Judgment by any means permissible at law or equity for the enforcement of a money judgment.

###

Date: May 30, 2014

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

*Kolodziej v. Mullins et al.*, case no. SC100345 ("**State Court Judgment**"), to the extent of and in the amount of four hundred thousand dollars ($400,000.00), shall be Plaintiff's damages in this adversary proceeding and shall constitute a nondischargeable obligation due and owing from Defendant to Plaintiff pursuant to 11 U.S.C. §§523(a) ("**Judgment**").

2. This Judgment shall earn simple interest accruing at the maximum rate as provided by law from the date of entry hereon.

3. Plaintiff shall be entitled to recover its reasonable attorneys' fees and costs incurred with respect to the enforcement of the Judgment and the State Court Judgment.

4. Enforcement of the Judgment is stayed, however enforcement shall be stayed only so long as: (i) the automatic stay in this within bankruptcy proceeding (case number 1:13-bk-17106-MT) remains in effect, either generally or solely with respect to the Plaintiff; and (ii) Defendant performs according to the "United States Trustee Operating Guidelines and Reporting Requirements for Chapter 11 Cases" and also in conformity with the terms of any confirmed Chapter 11 Plan entered in this within proceeding (1:13-bk-17106-MT). Otherwise, the stay on enforcement shall automatically expire without any other or further notice to Defendant and Plaintiff may immediately seek to enforce the Judgment by any means permissible at law or equity for the enforcement of a money judgment.

Approved:
Dated: May  2 , 2014                    Date: May  2 , 2014

_Dana M. Douglas_ (signature)                    (signature)
Attorney for Defendant                    Defendant

###

DANA M. DOUGLAS
Attorney at Law

2