| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ADAM L. STRELTZER, Attorney at Law<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Tel (424) 652-8010<br>Fax (424) 652-2296<br>Email: adam@streltzer.com<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Judgment Creditor RONALD KOLODZIEJ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>ALEX MARTINEZ, a.k.a. ALEJANDRO M. MARTINEZ<br><br>Debtor(s). | CASE NO.: 1:13-bk-17106-MT<br>CHAPTER: 11<br>ADVERSARY NO.: 2:14-ap-01104-WB |
| RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION<br><br><br>Plaintiff(s),<br><br>vs.<br><br>ALEX MARTINEZ, a.k.a. ALEJANDRO M. MARTINEZ<br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** *(title of motion[1])*: <u>Ex Parte Application by Judgment Creditor Requesting Order for Service of Process by Registered Process Server</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>Order for Service of Process by Registered Process Server</u>
was lodged on (*date*) ____09/14/2023____ and is attached.  This order relates to the motion which is docket number <u>33</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1801 Century Park East, Suite 2400, Los Angeles, CA 90067 and  300 Corporate Pointe, Suite 320, Culver City, CA 90230

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____09/14/2023____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dana M. Douglas          dmddouglas@hotmail.com,  douglas.danar115703@notify.bestcase.com
Adam L. Streltzer        adam@streltzer.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ____09/14/2023____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Alex Martinez aka Alejandro M. Martinez, 11762-D Moorpark St., Studio City, CA 91604
Alex Martinez aka Alejandro M. Martinez, 3941 Park Dr., PMB 20576, El Dorado Hills CA 95762
Dana M. Douglas, 11024 Balboa Blvd # 431, Granada Hills, CA 91344-5007
Hon. Julia W. Brand, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____09/14/2023____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Dana M. Douglas dana@danamdouglaslaw.com (via Email)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/14/2023 | Adam L. Streltzer | /s/ Adam L. Streltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 2                **F 9021-1.2.ADV.NOTICE.LODGMENT**

ADAM L. STRELTZER, Attorney at Law
    California Bar Number 175075
1801 Century Park East, Suite 2400
Los Angeles, California 90067-2508
Tel: (424) 652-8010
Fax: (424) 652-2296
Email: adam@streltzer.com

Attorney for Judgment Creditor RONALD
KOLODZIEJ, an individual and doing
business as NIAGARA CONSTRUCTION

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALEX MARTINEZ,<br>a.k.a. ALEJANDRO M. MARTINEZ,<br><br>Debtor.<br>_____<br>RONALD KOLODZIEJ, an individual and<br>doing business as NIAGARA<br>CONSTRUCTION,<br><br>Plaintiff(s),<br><br>v.<br><br>ALEX MARTINEZ,<br>a.k.a. ALEJANDRO M. MARTINEZ,<br><br>Defendant(s). | Case No. 1:13-bk-17106-MT<br><br>Chapter 11<br><br>Adv. No. **2:14-ap-01104-WB**<br><br>**ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br>[F.R.B.P. Rule 7069; F.R.C.P. Rules 4.1(a) and 69]<br><br>Judgment Entered:    May 30, 2014<br><br>[NO HEARING REQUESTED] |

The Court, having received and considered the *APPLICATION BY JUDGMENT CREDITOR REQUESTING ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER [F.R.B.P. Rule 7069; F.R.C.P. Rules 4.1(a) and 69]* filed by judgment creditor and moving party RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION, and

/ / /

1

Good cause appearing therefor,

1.      IT IS HEREBY ORDERED THAT any person duly registered as a process server within the State of California, and acting under the assignment or engagement of JANNEY & JANNEY ATTORNEY SERVICE, INC. and/or ABC LEGAL SERVICES, INC., is authorized and appointed to serve writ(s) of execution in the above case; and

2.      IT IS FURTHER ORDERED THAT the Office of the U.S. Marshal in and for the Central District of California shall remain the levying officer.

#### #